Entered: March 31st, 2022
Signed: March 31st, 2022
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:<br><br>ERIN LEIGH BUCKINGHAM,<br><br>Debtor. | Case Number: 22-10147-MCR<br>(Chapter 13) |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND GRANTING TWO-YEAR EQUITABLE SERVITUDE

Upon consideration of the Motion for Relief From Automatic Stay and Co-Debtor Stay and Request for Imposition of an Equitable Servitude for 2 Years Pursuant to 11 U.S.C. § 362(d)(4) on Real Property Located at 11608 Luvie Court, Potomac, Md 20854-0000 [Dkt. No. 18] (the "Motion") filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust (the "Movant"), and the arguments made at a hearing held on March 31, 2022, and for the reasons stated on the record at the March 31, 2022 hearing, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is granted as set forth herein; and it is further

ORDERED, that the automatic stay is modified to the extent necessary to permit the Movant to exercise its rights and remedies under a promissory note from the Debtor, the related deed of trust and applicable state law, including but not limited to the initiation and/or continuation of foreclosure proceedings with respect to the property located at 11608 Luvie

Court, Potomac, Md 20854 (the "Property") and to allow a successful purchaser to obtain possession of the Property; and it is further

ORDERED, that an equitable servitude is imposed with respect to the Property for a period of two (2) years from the date of entry of this Order pursuant to Section 362(d)(4) of the Bankruptcy Code, and this Order shall be binding in any other case under Title 11 of the United States Code purporting to affect the Property if this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property; and it is further

ORDERED, that any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this Order for indexing and recording.

cc:   Debtor – Erin Leigh Buckingham
      Debtor's Counsel – Marc A. Ominsky
      Movant – U.S. Bank Trust N.A., as Trustee of the Chalet Series IV Trust
      Movant's Counsel – Diana C. Theologou
      Chapter 13 Trustee – Timothy P. Branigan
      Office of the United States Trustee

**END OF ORDER**